UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE-10, a Minor, through her mother and next Friend, JULIE DOE-10, and JULIE DOE-10, JANE DOE-11, a Minor, through her parents and next Friends, JOHN DOE-11 and JULIE DOE-11, JOHN DOE-11 and JULIE DOE-11,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>JON WHITE, MCLEAN COUNTY UNIT DISTRICT NO. 5 BOARD OF DIRECTORS, JIM BRAKSICK, ALAN CHAPMAN, DALE HEIDBREDER and JOHN PYE,<br><br>　　　　　　　　Defendants. | Case #08-cv-1287 |

**MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY
IN SUPPORT OF THE MOTION TO DISMISS FILED ON
BEHALF OF DEFENDANT, DALE HEIDBREDER**

　　DALE HEIDBREDER, Defendant, by his attorneys, LIVINGSTON, BARGER, BRANDT & SCHROEDER, pursuant to Federal Rule of Civil Procedure 7(b), moves this Court to amend the Motion to Dismiss filed herein and, to cite supplemental authority in support of same, for the following reasons:

　　1.　In the Complaint, allegations have been made of intentional infliction of emotional distress, negligent and willful failure to report under the Abused and Neglected Child Reporting Act (ANCRA), and fraud.

　　2.　Currently pending in the Urbana Division of the Central District of Illinois is a Complaint filed by Jane Doe (2) and Julie Doe (2) against Dale Heidbreder, Case No. 08-02169. That Complaint also includes allegations of intentional infliction of emotional distress, negligent and willful failure to report under the ANCRA, and fraud.

　　3.　In the *Jane Doe (2)* case, Dale Heidbreder filed a Motion to Dismiss all claims against him. On December 17, 2008, Magistrate Judge

LIVINGSTON
BARGER
BRANDT
&
SCHROEDER
─────────
SUITE 400
115 W. JEFFERSON STREET
BLOOMINGTON, ILLINOIS 61701
(309) 828-5281
FAX (309) 827-3432

David Bernthal issued a Report and Recommendation, recommending the dismissal of all claims, including Plaintiffs' claims for intentional infliction of emotional distress, negligent and willful failure to report under the ANCRA, and fraud. In his Report and Recommendation, Magistrate Judge David Bernthal adopted by reference his Report and Recommendation, entered December 15, 2008, recommending the dismissal of all claims, including the Plaintiffs' claims for intentional infliction of emotional distress, negligent and willful failure to report under the ANCRA, and fraud as it related to co-defendants, McLean County Unit District No. 5 Board of Directors, Jim Braksick, Alan Chapman and John Pye. Attached hereto are a copy of Magistrate Judge Bernthal's Report and Recommendation of December 15, 2008 and that of December 17, 2008.

4. Magistrate Judge Bernthal concluded, in particular, that there was no duty to report and no private cause of action under the ANCRA.

5. Magistrate Judge Bernthal also found that under Illinois law, the tort of fraudulent misrepresentation did not extend to a non-commercial setting and that the Plaintiffs, in any event had failed to sufficiently plead a cause of action for fraud.

6. Magistrate Judge Bernthal also found that neither Jane Doe (2) nor Julie Doe (2) could state a viable cause of action for intentional infliction of emotional distress.

7. Because the claims alleged in the above lawsuit are similar to those alleged in the *Jane Doe (2)* matter, Defendant, Dale Heidbreder, respectfully asks for leave to cite this supplemental authority in support of the currently pending Motions to Dismiss filed in this matter.

FROM THE FOREGOING, DALE HEIDBREDER, Defendant, respectfully requests this Court enter an Order granting his Motion for Leave to Cite Supplemental Authority in Support of the Motion to Dismiss.

LIVINGSTON
BARGER
BRANDT
&
SCHROEDER

----------

SUITE 400
115 W. JEFFERSON STREET
BLOOMINGTON, ILLINOIS 61701
(309) 828-5281
FAX (309) 827-3432

Respectfully Submitted,

s/Peter W. Brandt
Peter W. Brandt
Attorney Bar # 6185150
Attorney for Defendant
Livingston, Barger, Brandt
   & Schroeder
115 W. Jefferson St.
Bloomington, IL  61701
Ph.: (309) 828-5281
Fax: (309) 827-3432
E-Mail: pbrandt@lbbs.com

### CERTIFICATE OF SERVICE

State of Illinois     )
                     )    SS
County of McLean )

     The undersigned attorney states that he served the foregoing pleading upon the individuals listed below via the CM/ECF System on January 15, 2009:

| | |
|---|---|
| Ellyn J. Bullock | ellyn.bullocklaw@comcast.net |
| James C. Kearns | jkearns@hrva.com |
| Tamara K. Hackmann | thackmann@hrva.com |
| Brett Olmstead | brett@beckettwebber.com |

s/ Peter W. Brandt
Peter W. Brandt
Attorney Bar #6185150
Attorneys for Defendants
Livingston, Barger, Brandt
   & Schroeder
115 W. Jefferson St.
Bloomington, IL  61701
Ph.: (309) 828-5281
Fax: (309) 827-3432

LIVINGSTON
BARGER
BRANDT
&
SCHROEDER

SUITE 400
115 W. JEFFERSON STREET
BLOOMINGTON, ILLINOIS 61701
(309) 828-5281
FAX (309) 827-3432

3