E-FILED
Tuesday, 16 June, 2009  02:21:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JANE DOE-10, a Minor, through her mother and next Friend, JULIE DOE-10, and JULIE DOE-10, JANE DOE-11, a Minor, through her parents and next Friends, JOHN DOE-11 and JULIE DOE-11, JOHN DOE-11 and JULIE DOE-11, <br><br>Plaintiffs, <br><br>v. <br><br>JON WHITE, MCLEAN COUNTY UNIT DISTRICT NO. 5 BOARD OF DIRECTORS, JIM BRAKSICK, ALAN CHAPMAN, DALE HEIDBREDER and JOHN PYE, <br><br>Defendants. | Case No. 08-1287 <br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AFFIDAVIT OF OF ATTORNEY ELLYN J. BULLOCK AND EXHIBITS UNDER SEAL

NOW COMES Plaintiff, through her attorney Ellyn J. Bullock of Law Office of Ellyn J. Bullock, and moves to file under seal Affidavit of Attorney Ellyn J. Bullock and Exhibits A-Group F in support of Plaintiff's Motion for Sanctions.  Filing under seal is sought because of descriptions of child pornography contained on a disc labeled "200701808 Jon White Child Pornography."

Respectfully submitted:

JANE DOE-10, a Minor, through her mother and next Friend, JULIE DOE-10, JULIE DOE-10, JANE DOE-11, a Minor, through her parents and next Friends, JOHN DOE-11 and JULIE DOE-11, JOHN DOE-11 and JULIE DOE-11, Plaintiffs,

By: Law Office of Ellyn J. Bullock

s/Ellyn J. Bullock
Ellyn J. Bullock, No. 6224579
Attorney for Plaintiffs
Law Office of Ellyn J. Bullock
116 N. Chestnut Street, Suite 240
Champaign, IL  61820
Telephone:  (217) 351-6156
Facsimile:  (217) 351-6203
Email:  ellyn.bullocklaw@comcast.net

**CERTIFICATE OF SERVICE**

  I, the undersigned attorney, hereby certify that on June 16, 2009, I caused a copy of the foregoing *Plaintiff's Motion for Leave to File Affidavit of Attorney Ellyn J. Bullock and Exhibits Under Seal* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the following:

    Peter W. Brandt, Esq., pbrandt@lbbs.com
    James C. Kearns, Esq., jkearns@hrva.com
    Tamara K. Hackmann, Esq., thackmann@hrva.com
    Brett N. Olmstead, Esq., brett@beckettwebber.com
    Lindsay B. Kearns, Esq., lindsay@beckettwebber.com

            s/Ellyn J. Bullock
            Ellyn J. Bullock, No. 6224579
            Attorney for Plaintiffs
            Law Office of Ellyn J. Bullock
            116 N. Chestnut Street, Suite 240
            Champaign, IL  61820
            Telephone:  (217) 351-6156
            Facsimile:  (217) 351-6203
            Email:  ellyn.bullocklaw@comcast.net