**E-FILED**
Friday, 14 August, 2009  01:30:43 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| JANE DOE-10, a Minor, through her mother and next Friend, JULIE DOE-10, and JULIE DOE-10, JANE DOE-11, a Minor, through her parents and next Friends, JOHN DOE-11 and JULIE DOE-11, JOHN DOE-11 and JULIE DOE-11, <br><br> Plaintiffs, <br><br> v. <br><br> JON WHITE, MCLEAN COUNTY UNIT DISTRICT NO. 5 BOARD OF DIRECTORS, JIM BRAKSICK, ALAN CHAPMAN, DALE HEIDBREDER and JOHN PYE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 08-1287 <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF JANE DOE-10'S RESPONSES TO
### MCLEAN SCHOOL DISTRICT'S REQUEST TO PRODUCE

NOW COMES the Plaintiff, JANE DOE-10, through her mother and next Friend, JULIE DOE-10, by and through their attorney, Ellyn J. Bullock of Law Office of Ellyn J. Bullock, and in accordance with Federal Rules of Civil Procedure 26 and 33, hereby gives her Responses to Requests to Produce propounded by Defendant MCLEAN COUNTY UNIT DISTRICT NO. 5 BOAD OF DIRECTORS as follows:

### REQUEST TO PRODUCE NO. 1:

All statements (whether signed or unsigned, written or recorded) which relate in any way to the incident, the injury or damages claimed, or any other matters alleged in the Complaint.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related

cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 2:

All notes of interviews or other documents containing facts or opinions, including BUT NOT LIMITED TO, notes or memoranda of conversations, untranscribed tapes and court reporter notes, of persons having knowledge or information relating in any way to the incident, the injury or damages claims, or any other matters alleged in the Complaint.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 3:

All objects, photographs, audiotapes, videotapes, slides, motion pictures, diagrams, models, samples, drawings, blueprints, documents or other things of a tangible nature relating in any way to the incident, the injury or damages claimed, or any other matters alleged in the Complaint.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois,

Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 4:

Any product, physical object or part thereof which is claimed to have been involved in any way in the incident complained of.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 5:

All documents relating in any way to any investigation, testing, inspection or examination, to include OSHA documents, related in any way to the incident, the scene of the incident or other objects related to the incident alleged in the Complaint.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to produce expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 6:

All correspondence or other documents sent or received by anyone including, but not limited to, the plaintiff, the claimant if different, or their attorney which are in any way related to the incident, the damages claimed, or any other matters alleged in the Complaint.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 7:

All documents and information pertaining to any safety investigations, OSHA investigations, accident or incident reports, or test reports concerning the incident.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to produce expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

4

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 8:

All notes, diaries or other documents prepared by anyone other than plaintiff's attorneys pertaining to the incident, the injury or damages claimed, or any other matters alleged in the Complaint.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to produce expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 9:

The curriculum vitae of each expert or opinion witness(es) as well as a list of all articles, chapters, or other publications authored by the witness, including the name of the publication and the date of the publication.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## **REQUEST TO PRODUCE NO. 10:**

The complete file of the expert or opinion witness relating to this case.

### **RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## **REQUEST TO PRODUCE NO. 11:**

Any documents or other information supplied to each expert or opinion witness related in any way to this litigation.

### **RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 12:

All documents, including reports, memoranda, drawings, notes, computer generated materials, photographs, diagrams or objects, reflecting the investigations, findings, conclusions (preliminary or final) or opinions of all expert or opinion witnesses.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 13:

All reports and notes of experts or opinion witnesses, test reports, authorities, books, articles or other documents relied upon by any expert or opinion witness relating to the matters alleged in the Complaint.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 14:

The contract, if any, between the opinion or expert witness and the plaintiff or plaintiff's counsel as it relates to this case.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 15:

All contracts, if any, between each opinion witness and any organization (i.e., TASA, etc.) which relates in any way to the witness' provision of expert or opinion testimony in this or any other case.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 16:

Copies of all billing records, time records, payments, charges or other documents which in any way indicate the amount of time spent on the case, the amount charged on the case, and the amount paid or to be paid on the case.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 17:

A list of all documents relating to the case reviewed by the opinion witness in arriving at his or her opinions.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

### **REQUEST TO PRODUCE NO. 18:**

Copies of all correspondence sent to or received from each opinion witness from any other source, related in any way to this litigation.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

### **REQUEST TO PRODUCE NO. 19:**

Copies of any other materials sent to the opinion witness from any other source, related in any way to this litigation.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 20:

A list of all books, articles or publications of any sort reviewed by the expert or opinion witness in connection with this litigation.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 21:

Copies or a list of all journal articles, texts, or other publication which the opinion witness believes to be authoritative or instructive, and related to the issues in this litigation

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 22:

All documents reflecting the number of times that the opinion witness has agreed to offer opinion testimony for plaintiff(s) in litigated matters, including, but not limited to:

    (a)    an identification of the litigation;
    (b)    the nature of the litigation;
    (c)    the jurisdiction where the litigation took place; and
    (d)    whether the opinion witness offered a report, testified by deposition and/or testified at trial.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 23:

All documents reflecting the number of times that the opinion witness has agreed to offer opinion testimony for defendant(s) in litigated matters, including, but not limited to:

    (a)    an identification of the litigation;
    (b)    the nature of the litigation;
    (c)    the jurisdiction where the litigation took place; and
    (d)    whether the opinion witness offered a report, testified by deposition and/or testified at trial.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case

No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 24:

All documents indicating the amount of compensation received by each expert or opinion witness, annually for the past ten (10) years, as compensation for offering testimony or expertise as an expert or consultant in litigation or other claims proceedings (i.e., workers' compensation, uninsured motorist arbitration, court of claims proceedings, social security hearing).

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 25:

A list of all cases in which the opinion witness was identified as an opinion witness, where such cases involved allegations of sexual harassment, abuse, or grooming.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to

Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 26:

Any and all publications, documents, exhibits or other items of a tangible nature which may or will be used in the examination of any witness in any discovery or evidence deposition, or at trial.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 27:

A list of all cases for which the opinion witness has been identified as an expert, including any list prepared in connection with the requirements of federal or state court or any other such list prepared for any other reason.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to

Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 28:

All documents relating to any other claim made at any time concerning the physical and/or mental condition of the claimant including, but not limited to, Workers' Compensation, Social Security, insurance, disability or lawsuit claims, claims for uninsured motorist or underinsured motorist benefits and claims under the medical pay provisions of any insurance policy, whether or not related to the incident, and whether or not payment was made in response to such claim.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 29:

All documents including, but not limited to, correspondence sent to or received form claimant's medical providers.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to

Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 30:

All medical records concerning the claimant, whether or not alleged to relate to the injury or damages suffered as a result of this incident.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 31:

All reports, bills, records or other documents, medical or otherwise, which indicate the nature and extent of the injuries and damages claimed.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 32:

All reports, bills, records or other documents, medical or otherwise, which relate to the physical or mental condition of the claimant before, at the time of, or after the incident alleged in the Complaint.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to produce expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 33:

All diaries, calendars or other writings prepared by or on behalf of the claimant and pertaining to the injuries alleged in the Complaint.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

**REQUEST TO PRODUCE NO. 34:**

All receipts, cancelled checks, bills, invoices or other writings, evidencing or relating in any manner to expenses or other damages incurred by the claimant and claimed as damages as a result of the allegations contained in the Complaint.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to produce expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

**REQUEST TO PRODUCE NO. 35:**

All applications for Medicare benefits, Medicaid benefits, Illinois Public Aid benefits, Illinois Department of Disability Services benefits or any other similar organization made by or on behalf of the claimant from two years prior to the date of the incident to the present.

**RESPONSE:**

None.

**REQUEST TO PRODUCE NO. 36:**

All photographs, videotapes, audiotapes, slides or films of claimant taken or created at any time from one year prior to the date of the incident to the present.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to

Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Plaintiff has previously provided photographs from the time period requested. The request for all photographs, videotapes, audiotapes, slides or films of Jane Doe-10 is too broad. She is a beloved little girl and there are numerous photographs which include her.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 37:

All documents identified in your Rule 26 initial disclosures.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 38:

All documents identified in your answers to interrogatories.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 39:

All documents that you intend to utilize as an exhibit at any deposition or at trial.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff may seek to introduce at trial a disc titled "200701808 Jon White Child Pornography."

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 40:

All documents that would support your allegation the Jon White called Julie Doe-10, as alleged in paragraph 34 of the Complaint.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 41:

All documents that would support your allegation that you suffered educational harm.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(e), PLAINTIFF ACKNOWLEDGES A DUTY TO SEASONABLY SUPPLEMENT HER RESPONSES TO REQUEST TO PRODUCE.

Respectfully submitted:
JANE DOE-10, a Minor, through her mother and next Friend, JULIE DOE-10, Plaintiff,

By: Law Office of Ellyn J. Bullock

s\Ellyn Bullock

Ellyn J. Bullock, No. 6224579
Attorney for Plaintiff
Law Office of Ellyn J. Bullock
116 N. Chestnut Street, Suite 240
Champaign, IL 61820
Telephone: (217) 351-6156
Facsimile: (217) 351-6203

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JANE DOE-10, a Minor, through her mother and next Friend, JULIE DOE-10, and JULIE DOE-10, JANE DOE-11, a Minor, through her parents and next Friends, JOHN DOE-11 and JULIE DOE-11, JOHN DOE-11 and JULIE DOE-11, <br><br> Plaintiffs, <br><br> v. <br><br> JON WHITE, MCLEAN COUNTY UNIT DISTRICT NO. 5 BOARD OF DIRECTORS, JIM BRAKSICK, ALAN CHAPMAN, DALE HEIDBREDER and JOHN PYE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 08-1287 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF JANE DOE-11'S RESPONSES TO
## MCLEAN SCHOOL DISTRICT'S REQUEST TO PRODUCE

NOW COMES the Plaintiff, JANE DOE-11, through her parents and next Friends, JOHN DOE-11 and JULIE DOE-11, by and through their attorney, Ellyn J. Bullock of Law Office of Ellyn J. Bullock, and in accordance with Federal Rules of Civil Procedure 26 and 33, hereby gives her Responses to Requests to Produce propounded by Defendant MCLEAN COUNTY UNIT DISTRICT NO. 5 BOAD OF DIRECTORS as follows:

## REQUEST TO PRODUCE NO. 1:

All statements (whether signed or unsigned, written or recorded) which relate in any way to the incident, the injury or damages claimed, or any other matters alleged in the Complaint.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related

cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 2:

All notes of interviews or other documents containing facts or opinions, including BUT NOT LIMITED TO, notes or memoranda of conversations, untranscribed tapes and court reporter notes, of persons having knowledge or information relating in any way to the incident, the injury or damages claims, or any other matters alleged in the Complaint.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 3:

All objects, photographs, audiotapes, videotapes, slides, motion pictures, diagrams, models, samples, drawings, blueprints, documents or other things of a tangible nature relating in any way to the incident, the injury or damages claimed, or any other matters alleged in the Complaint.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois,

Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 4:

Any product, physical object or part thereof which is claimed to have been involved in any way in the incident complained of.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 5:

All documents relating in any way to any investigation, testing, inspection or examination, to include OSHA documents, related in any way to the incident, the scene of the incident or other objects related to the incident alleged in the Complaint.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, <u>Jane Doe-2 v. White, et al.</u>, United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and <u>Jane Doe-3 v. White, et al.</u>, Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 6:

All correspondence or other documents sent or received by anyone including, but not limited to, the plaintiff, the claimant if different, or their attorney which are in any way related to the incident, the damages claimed, or any other matters alleged in the Complaint.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 7:

All documents and information pertaining to any safety investigations, OSHA investigations, accident or incident reports, or test reports concerning the incident.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

4

**REQUEST TO PRODUCE NO. 8:**

All notes, diaries or other documents prepared by anyone other than plaintiff's attorneys pertaining to the incident, the injury or damages claimed, or any other matters alleged in the Complaint.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

**REQUEST TO PRODUCE NO. 9:**

The curriculum vitae of each expert or opinion witness(es) as well as a list of all articles, chapters, or other publications authored by the witness, including the name of the publication and the date of the publication.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 10:

The complete file of the expert or opinion witness relating to this case.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 11:

Any documents or other information supplied to each expert or opinion witness related in any way to this litigation.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 12:

All documents, including reports, memoranda, drawings, notes, computer generated materials, photographs, diagrams or objects, reflecting the investigations, findings, conclusions (preliminary or final) or opinions of all expert or opinion witnesses.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 13:

All reports and notes of experts or opinion witnesses, test reports, authorities, books, articles or other documents relied upon by any expert or opinion witness relating to the matters alleged in the Complaint.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 14:

The contract, if any, between the opinion or expert witness and the plaintiff or plaintiff's counsel as it relates to this case.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 15:

All contracts, if any, between each opinion witness and any organization (i.e., TASA, etc.) which relates in any way to the witness' provision of expert or opinion testimony in this or any other case.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 16:

Copies of all billing records, time records, payments, charges or other documents which in any way indicate the amount of time spent on the case, the amount charged on the case, and the amount paid or to be paid on the case.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 17:

A list of all documents relating to the case reviewed by the opinion witness in arriving at his or her opinions.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 18:

Copies of all correspondence sent to or received from each opinion witness from any other source, related in any way to this litigation.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 19:

Copies of any other materials sent to the opinion witness from any other source, related in any way to this litigation.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 20:

A list of all books, articles or publications of any sort reviewed by the expert or opinion witness in connection with this litigation.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 21:

Copies or a list of all journal articles, texts, or other publication which the opinion witness believes to be authoritative or instructive, and related to the issues in this litigation

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 22:

All documents reflecting the number of times that the opinion witness has agreed to offer opinion testimony for plaintiff(s) in litigated matters, including, but not limited to:

  (a)     an identification of the litigation;
  (b)     the nature of the litigation;
  (c)     the jurisdiction where the litigation took place; and
  (d)     whether the opinion witness offered a report, testified by deposition and/or testified at trial.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 23:

All documents reflecting the number of times that the opinion witness has agreed to offer opinion testimony for defendant(s) in litigated matters, including, but not limited to:

  (a)     an identification of the litigation;
  (b)     the nature of the litigation;
  (c)     the jurisdiction where the litigation took place; and
  (d)     whether the opinion witness offered a report, testified by deposition and/or testified at trial.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case

No. 08-L-209.   Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 24:

All documents indicating the amount of compensation received by each expert or opinion witness, annually for the past ten (10) years, as compensation for offering testimony or expertise as an expert or consultant in litigation or other claims proceedings (i.e., workers' compensation, uninsured motorist arbitration, court of claims proceedings, social security hearing).

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.   Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 25:

A list of all cases in which the opinion witness was identified as an opinion witness, where such cases involved allegations of sexual harassment, abuse, or grooming.

## RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to

Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 26:

Any and all publications, documents, exhibits or other items of a tangible nature which may or will be used in the examination of any witness in any discovery or evidence deposition, or at trial.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 27:

A list of all cases for which the opinion witness has been identified as an expert, including any list prepared in connection with the requirements of federal or state court or any other such list prepared for any other reason.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to

Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 28:

All documents relating to any other claim made at any time concerning the physical and/or mental condition of the claimant including, but not limited to, Workers' Compensation, Social Security, insurance, disability or lawsuit claims, claims for uninsured motorist or underinsured motorist benefits and claims under the medical pay provisions of any insurance policy, whether or not related to the incident, and whether or not payment was made in response to such claim.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 29:

All documents including, but not limited to, correspondence sent to or received form claimant's medical providers.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to

Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 30:

All medical records concerning the claimant, whether or not alleged to relate to the injury or damages suffered as a result of this incident.

#### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

### REQUEST TO PRODUCE NO. 31:

All reports, bills, records or other documents, medical or otherwise, which indicate the nature and extent of the injuries and damages claimed.

#### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 32:

All reports, bills, records or other documents, medical or otherwise, which relate to the physical or mental condition of the claimant before, at the time of, or after the incident alleged in the Complaint.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 33:

All diaries, calendars or other writings prepared by or on behalf of the claimant and pertaining to the injuries alleged in the Complaint.

### RESPONSE:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

**REQUEST TO PRODUCE NO. 34:**

All receipts, cancelled checks, bills, invoices or other writings, evidencing or relating in any manner to expenses or other damages incurred by the claimant and claimed as damages as a result of the allegations contained in the Complaint.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

**REQUEST TO PRODUCE NO. 35:**

All applications for Medicare benefits, Medicaid benefits, Illinois Public Aid benefits, Illinois Department of Disability Services benefits or any other similar organization made by or on behalf of the claimant from two years prior to the date of the incident to the present.

**RESPONSE:**

None.

**REQUEST TO PRODUCE NO. 36:**

All photographs, videotapes, audiotapes, slides or films of claimant taken or created at any time from one year prior to the date of the incident to the present.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to

Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Plaintiff has previously provided photographs from the time period requested.  The request for all photographs, videotapes, audiotapes, slides or films of Jane Doe-11 is too broad. She is a beloved little girl and there are numerous photographs which include her.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 37:

All documents identified in your Rule 26 initial disclosures.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.  Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 38:

All documents identified in your answers to interrogatories.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209.  Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 39:

All documents that you intend to utilize as an exhibit at any deposition or at trial.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 40:

All documents that would support your allegation the Jon White called Julie Doe-11, as alleged in paragraph 34 of the Complaint.

**RESPONSE:**

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues.

Plaintiff is aware of her duty to supplement.

## REQUEST TO PRODUCE NO. 41:

All documents that would support your allegation that you suffered educational harm.

**RESPONSE**:

Plaintiff incorporates by reference all of the information in her Initial Disclosures. Plaintiff also incorporates by reference all prior disclosures by any party in this case or related cases, Jane Doe-2 v. White, et al., United States District Court for the Central District of Illinois, Urbana Division, Case No. 08-2169, and Jane Doe-3 v. White, et al., Champaign County Case No. 08-L-209. Plaintiff also incorporates by reference all of her disclosures in Answers to Interrogatories or in Responses to Requests to Admit or in Responses to Requests to Produce propounded by other Defendants in this same matter.

Investigation continues. Plaintiff intends to disclose expert witness information required under Federal Rule of Civil Procedure 26 at the times ordered by the Court.

Plaintiff is aware of her duty to supplement.

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(e), PLAINTIFF ACKNOWLEDGES A DUTY TO SEASONABLY SUPPLEMENT HER RESPONSES TO REQUEST TO PRODUCE.

Respectfully submitted:
JANE DOE-11, a Minor, through her parents and next Friends, JOHN DOE-11 and JULIE DOE-11, Plaintiff,

By: Law Office of Ellyn J. Bullock

s\Ellyn Bullock
Ellyn J. Bullock, No. 6224579
Attorney for Plaintiff
Law Office of Ellyn J. Bullock
116 N. Chestnut Street, Suite 240
Champaign, Il. 61820
Telephone: (217) 351-6156
Facsimile: (217) 351-6203