August 11, 2009

**VIA REGULAR MAIL AND FACSIMILE: 217-351-6203**

Ms. Ellyn J. Bullock
Law Office of Ellyn J. Bullock
116 North Chestnut, Suite 240
Champaign, IL 61820

IN RE:    Our File      01328-R3569
          USDC No.      08-1287
          Jane Doe 10, Jane Doe 11, et al. v. Jon White, McLean County Unit District No. 5, et al.

Dear Ellyn:

In my August 3, 2009 letter regarding Plaintiffs' discovery responses, I asked that if you wanted to discuss issues raised in that letter that you arrange a date for discussion on or before August 11, 2009. I have not heard from you. I am available today if you would like to discuss this matter further. Otherwise, I will assume Plaintiffs will be supplementing their responses by August 12, 2009.

Thank you for your attention to this matter.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

BY:
Tamara K. Hackmann
P.O. Box 129
Urbana, IL 61803-0129
Telephone    217.344.0060, ext. 226
Facsimile    217.344.9295
thackmann@heylroyster.com
TKH/dke

cc:    Mr. Peter Brandt
       Mr. Brett Olmstead

14877303_1.DOCX